FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001343
27-APR-2018
08:04 AM

NO. CAAP-14-0001343

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
and
*Ex Rel.* MITCHELL KAHLE and HOLLY HUBER,
Plaintiffs-Relators-Appellees,
v.
ONE LOVE MINISTRIES and CALVARY CHAPEL CENTRAL OAHU,
Defendants-Appellants,
and
DOE ENTITIES 1-50; JOHN DOES 1-50; and JANE DOES 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0893-03)

ORDER OF CORRECTION
(By: Reifurth, Presiding Judge, for the court[1])

The Opinion, filed on February 28, 2018, is hereby corrected as follows:

On page 1, in the seventh line of footnote 1, the word "of" should be replaced with "or" so that as corrected the text reads: ". . . presented a false or fraudulent claim . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, April 27, 2018.

FOR THE COURT:

Lawrence M Reifurth
Presiding Judge

---

[1] Reifurth, Presiding Judge, and Chan, J. Chief Judge Craig H. Nakamura was a member of the merit panel when the Opinion was filed, but he retired effective March 1, 2018.